1  **TYSON & MENDES LLP**
   GRIFFITH H. HAYES
2  Nevada Bar No. 7374
   NICHOLAS F. PSYK
3  Nevada Bar No. 15983
   Email(s):  ghayes@tysonmendes.com
4             npsyk@tysonmendes.com
   2835 St. Rose Pkwy., Suite 140
5  Henderson, NV 89052
   Telephone: (702) 724-2648
6  Facsimile: (702) 410-7684
   *Attorneys for Defendant Sam's West, Inc.*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA WILCOX, and individual,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC, a Foreign Corporation; DOE EMPLOYEES OF SAM'S WEST, INC, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01054-CDS-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS RESPONSES TO PLAINTIFF'S MOTIONS IN LIMINE NO.'S 1, 2, AND 3** |

IT IS HEREBY STIPULATED AND AGREED, between the parties through their attorneys of record, that the deadline for Defendant to file its Responses to Plaintiff's Motions in Limine No.'s 1, 2, and 3 be extended by 7 days to August 12, 2025. Defendant's counsel has requested additional time to file said Responses, and Plaintiff's counsel has no objection to the request. The current deadline for the responses is August 5, 2025.

The parties represent this Stipulation is sought in good faith and not interposed for delay or any other improper purpose.

///

///

///

///

///

1

1  IT IS SO STIPULATED.

2

3  DATED this 5th day of August 2025          DATED this 5th day of August 2025

4  TYSON & MENDES LLP                                HICKS & BRASIER, PLLC

5

6  /s/ *Griffith H. Hayes*                           /s/*Alison M. Braiser*

7   GRIFFITH H. HAYES                                ALISON M. BRAISER
   Nevada Bar No. 7374                               Nevada Bar No. 10522
8  NICHOLAS F. PSYK                                  2630 S. Jones Blvd.
   Nevada Bar No. 15983                              Las Vegas, NV 89146
9  2835 St. Rose Parkway, Suite 140                  *Attorneys for Plaintiff*
   Henderson, NV 89052
10 *Attorneys for Defendant Sam's West, Inc.*

11

12      **IT IS SO ORDERED**, *nunc pro tunc*.

13      **DATED** this 6th day of August, 2025.

14

15                                            _____
                                              RICHARD F. BOULWARE, II
16                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28