**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
Email(s): ghayes@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA WILCOX, and individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SAM'S WEST, INC, a Foreign Corporation; DOE EMPLOYEES OF SAM'S WEST, INC, DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-01054-CDS-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff DONNA WILCOX, an individual, by and through her counsel, HICKS & BRASIER, PLLC and Defendant SAM'S WEST, INC., by and through its counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 9th day of October, 2025

TYSON & MENDES LLP

/s/ *Griffith Hayes*
_____
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
*Attorneys for Defendant Sam's West, Inc.*

DATED this 9th day of October, 2025

HICKS & BRASIER, PLLC

/s/ *Alison Brasier*
_____
ALISON M. BRAISER
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, NV 89146
*Attorneys for Plaintiff*

1

1     **IT IS SO ORDERED.** This action is **DISMISSED WITH PREJUDICE**, with all
2 parties to bear their own fees and costs.
3     **IT IS FURTHER ORDERED** that all pending Motions (ECF Nos. 23, 27, 28, 29) are
4 **DENIED** as moot.
5     The Clerk of the Court is instructed to close this case.

7     **DATED** this 10th day of October, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**Kellene Fletcher**

| | |
|---|---|
| **From:** | Stefania Rota Scalabrini |
| **Sent:** | Tuesday, October 7, 2025 5:09 PM |
| **To:** | Kellene Fletcher |
| **Cc:** | Griffith Hayes |
| **Subject:** | FW: Wilcox v. Sam's West | Settlement Release (TM: 24-2520) |
| **Attachments:** | 2025.09.03 SAO to Dismiss (A9861202xDBB43).DOCX |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

When you have a chance, can you please add the signature and file the SAO to dismiss? Thank you.



**Stefania Rota Scalabrini**
**Paralegal**
2835 St. Rose Pkwy., Suite 140
Henderson, Nevada 89052
**Main**: 702.724.2648
**Direct**: 725.605.4276
**Fax**: 702.410.7684
srotascalabrini@tysonmendes.com
www.tysonmendes.com

Mansfield Rule Certified 2023-2024

*This email and any attachments are from the law firm of Tyson & Mendes, LLP. This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited. If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information*

**From:** Danielle Alvarado <Danielle@lvattorneys.com>
**Sent:** Tuesday, October 7, 2025 5:02 PM
**To:** Stefania Rota Scalabrini <SRotascalabrini@TysonMendes.com>; Griffith Hayes <ghayes@TysonMendes.com>; Ketura Worthen <ketura@lvattorneys.com>; Alison M. Brasier <abrasier@lvattorneys.com>
**Cc:** Jonpierre Colas <jcolas@TysonMendes.com>; Erik Alvarado <erik@lvattorneys.com>
**Subject:** RE: Wilcox v. Sam's West | Settlement Release (TM: 24-2520)

Hi,

You may add Ms. Brasier's electronic signature on the SAO to dismiss.

Thank you,

**Danielle Alvarado**
**Paralegal**

1